UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN NNAJI,<br><br>      Plaintiff,<br><br>    -v.-<br><br>JORGE GUZMAN FERNANDEZ; GOYA FOODS, INC.; and PENSKE TRUCK LEASING CORPORATION,<br><br>      Defendants. | 21 Civ. 1559 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of Plaintiff's motion to remand this case to the Supreme Court of the State of New York, County of Bronx. (Dkt. #11). The parties are directed to adhere to the following briefing schedule: Defendants' response to the motion is due on or before April 13, 2021; and any reply from Plaintiff will be due on or before April 27, 2021.

  SO ORDERED.

Dated:  March 23, 2021
      New York, New York

                     *Katherine Polk Failla*
                   _____
                   KATHERINE POLK FAILLA
                   United States District Judge